| First Name | Last Name |
|---|---|
| Dale | Burdette |
| Brandon | Courtemanche |
| Eugene | Exline |
| Andreas | Flaten |
| Richard | Goldschrafe |
| Joseph | Hindman |
| Blake | Hughes |
| Brandon | Mitchell |
| William | Mowery |