**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION**

MARTIN J. WALSH,                     :
                                     :
                                     :
                                     :
        Plaintiff,                   :
v.                                   :        CIVIL ACTION FILE
                                     :        NO.:   3:21-CV-220-TCB
                                     :
                                     :
811 AUTOWORKS, LLC,                  :
et al.,                              :
                                     :
        Defendants.                  :
                                     :
                                     :

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleading, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure, the Local Rules of this Court, and the above-stated form, except as herein modified:

IT IS SO ORDERED, this 5th day of July, 2022.

_____
TIMOTHY C. BATTEN, SR.
CHIEF UNITED STATES DISTRICT JUDGE

1