IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| MARTIN J. WALSH, <br><br> Plaintiff, <br><br> v. <br><br> 811 AUTOWORKS, LLC and MILES WALKER, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 3:21-cv-220-TCB |

## **O R D E R**

A review of this case shows that Defendants have failed to file Certificates of Interested Persons as required by Local Rule 3.3, NDGa. "Failure to comply with the Court's pretrial instructions may result in the imposition of sanctions, including . . . entry of a default judgment." Local Rule 16.5, NDGa. Defendants are ordered to either file the Certificates of Interested Persons or to show cause within twenty-one days as to why default judgment should not be entered against Defendants in this case for failure to comply with the Court's rules.

IT IS SO ORDERED this 20th day of October, 2022.

_____
Timothy C. Batten, Sr.
Chief United States District Judge