IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

MARTIN J. WALSH,

    Plaintiff,

v.

811 AUTOWORKS, LLC and
MILES WALKER,

    Defendant.

CIVIL ACTION FILE

NO. 3:21-cv-00220-TCB

## **O R D E R**

This case comes before the Court on Plaintiff Martin J. Walsh's motion [12] for entry of default against Defendant 811 Autoworks, LLC. On December 30, 2021, Plaintiff filed his complaint [1] alleging that Defendants, 811 Autoworks and its owner Miles Walker, violated provisions of the Fair Labor Standards Act. On May 16, 2022, Walker filed a pro se answer [6] on behalf of himself and 811 Autoworks.

However, 811 Autoworks may not proceed pro se. Pursuant to Local Rule 83.1E(2)(b)(H),

> [A] corporation or organization . . . may only be represented in court by an attorney, who must sign all pleadings and papers submitted to the Court; corporate officer may not represent the [corporation or organization] unless that officer is to the bar of this Court as a regular member or has been admitted *pro hac vice* in the case; and failure to comply with this rule could result in a default judgment against the [corporation or organization].

LR, NDGa. 83.1(E)(2)(b)(H); *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel."); *see also Chief Holdings Grp., LLC v. City Nat'l Bank*, No. 1:11-cv-2529-WBH, 2011 WL 13223760, at *1 (N.D. Ga. Dec. 20, 2011) (applying rule to LLCs).

Because Walker attempted to file a timely answer despite the violation of the Local Rules, the Court reserves ruling on Plaintiff's motion [12]. Instead, the Court strikes the jointly filed answer [6] as to 811 Autoworks, and 811 Autoworks is ordered to obtain counsel admitted to practice before this Court and have said counsel file an answer on behalf of 811 Autoworks within thirty days of this Order. If 811 Autoworks fails to comply with this Order, the Clerk is instructed to enter default against 811 Autoworks.

IT IS SO ORDERED this 1st day of November, 2022.

_____
Timothy C. Batten, Sr.
Chief United States District Judge