# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| MARTIN J. WALSH<br>Secretary of Labor,<br>United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>811 AUTOWORKS, LLC D/B/A<br>A OK WALKER AUTOWORKS<br>and MILES WALKER, an individual,<br><br>Defendants. | CIVIL FILE NO.<br>3:21-cv-00220-TCB<br><br>JURY TRIAL DEMAND |

## DEFENDANTS' ANSWER TO COMPLAINT

COME NOW Defendants 811 Autoworks ("Walker Autoworks") and Miles Walker ("Walker"), (collectively "Defendants"), and file their Answer to Plaintiff's Complaint, showing the Court as follows:

## FIRST DEFENSE

Plaintiffs' Complaint fails to state a claim against Defendants upon which relief can be granted.

## SECOND DEFENSE

No act of omission on the part of Defendants either cause or contributed to whatever injury or damage Plaintiff has alleged.

1

## THIRD DEFENSE

Any award of punitive damages or exemplary damages to Plaintiff in this case will be violative to the constitutional safeguards provided to the Defendants under the Constitution of the United States of America.

## FOURTH DEFENSE

Any award of punitive or exemplary damages to Plaintiff in this case is arbitrary, unreasonable, excessive and fundamentally unfair, vague, and not rationally related to legitimate government interest, in violation of Defendants' right to due process and equal protection of the law under the Fifth, Eighth, and Fourteenth Amendments to the Constitution of the United States of America.

## FIFTH DEFENSE

Any award of punitive damages would be violative of the procedural safeguards provided to the Defendants under the Sixth Amendment to the Constitution of the United States of America and that punitive damages are penal in nature and consequently, Defendant are entitled to the same procedural safeguards as accorded to criminal defendants.

## SIXTH DEFENSE

Defendants reserve the right to assert any affirmative defenses, additional defenses, claims, and denials as may be disclosed during the course of additional investigation and discovery.

## SEVENTH DEFENSE

Responding the numbered paragraphs of Plaintiff's Complaint, Defendants respond as follows:

### SECTION I

1.

The allegations of Section I Paragraph One (1) of Plaintiff's Complaint are admitted.

2.

The allegations of Section I Paragraph Two (2) of Plaintiff's Complaint are admitted.

### SECTION II

1.

The allegations of Section II Paragraph One (1) of Plaintiff's Complaint are admitted.

2.

The allegations of Section II Paragraph Two (2) are denied as stated.

3.

The allegations of Section II Paragraph Three (3) are admitted.

## SECTION III

1.

The allegations of Section III Paragraph One (1) are admitted.

2.

The allegations of Section III Paragraph Two (2) are admitted.

## SECTION IV

The allegations of Section IV are denied.

## SECTION V

The allegations of Section V are denied.

## SECTION VI

The allegations contained in Section VI, including any stated in the numbered paragraphs, are denied as stated.

## SECTION VII (Incorrectly denoted as SECTION V)

The allegations contained in Section VII, the "Wherefore" section, are denied.

WHEREFORE, having fully answered Plaintiff's Complaint, Defendants demand judgment in their favor, request their reasonable attorney's fees for defending this action and demands that all costs of this action be assessed against Plaintiff. Defendants further pray for any and all other, further, different, general or special relief as in equity to which said Defendants may be entitled and/or this Court finds appropriate under the circumstances.

**DEFENDANTS HEREBY DEMAND A TRIAL BY STRUCK JURY.**

This 29th day of December, 2022.

                                                  **PARIAN LAWYERS**

**Parian Lawyers**                                */s/Ryan Farmer*
<u>Mailing Address:</u>                           Ryan Farmer
P.O. Box 979                                    Georgia Bar No. 474673
Carrollton, Georgia 30112            *Attorney for Defendants*
<u>Physical Address:</u>
1606 Maple Street
Carrollton, Georgia 30117
Telephone: (404) 795-5035
Facsimile: (404) 953-7020
ryan@callcadenow.com

# CERTIFICATE OF SERVICE

I hereby certify that on 29th day of December, 2022, I served all parties with a copy of the within and foregoing pursuant to LR 5.1(B)(2) by "[f]iling in the Court's electronic case files ("ECF") system [which] constitutes service of the filed documents on registered users."

> Kristin R. Murphy
> Murphy.kristin.r@dol.gove
> Atl.fedcourt@dol.gov
> U.S. Department of Labor
> Office of the Solicitor
> 61 Forsyth Street, SW
> Room 7T10
> Atlanta, GA 30303
> Attorney for Plaintiff

# CERTIFICATE OF COMPLAINCE

This shall also serve as notice that Counsel for Defendants has complied with LR 5.1 (C) by using double spaced, 14-point Times New Roman Font with at least one (1) inch margins.

PARIAN LAWYERS

**Parian Lawyers**
Mailing Address:
P.O. Box 979
Carrollton, Georgia 30112
Physical Address:
1606 Maple Street
Carrollton, Georgia 30117
Telephone: (404) 795-5035
Facsimile: (404) 953-7020
ryan@callcadenow.com

*/s/Ryan Farmer*
Ryan Farmer
Georgia Bar No. 474673
*Attorney for Defendants*