UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| MARTIN J. WALSH<br>Secretary of Labor,<br>United States Department of Labor,<br><br>    Plaintiff,<br><br>v.<br><br>811 AUTOWORKS, LLC D/B/A<br>A OK WALKER AUTOWORKS<br>and MILES WALKER, an individual,<br><br>    Defendant. | CIVIL FILE NO.<br>3:21-cv-00220-TCB |

## RULE 5.4 CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 27, 2023 the following documents were served upon the Defendant by electronic-mail:

(1) DEFENDANTS FIRST AMENDED OBJECTSIONS AND RESPONSES TO PLAINTIFF'S FIRST INTEROGATORIES TO DEFENDANT MILES WALKER (VERIFIED); AND

(2) DEFENDANT 'S FIRST AMENDED OBJECTSIONS AND RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT MILES WALKER.

I FURTHER CERTIFY that I electronically filed the within and foregoing Rule 5.4 Certificate of Service with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Kristin R. Murphy
>Murphy.kristin.r@dol.gov
>Lydia Jones Chastain
>chastain.lydia.j@dol.gov
>Atl.fedcourt@dol.gov
>U.S. Department of Labor
>Office of the Solicitor
>61 Forsyth Street, SW
>Room 7T10
>Atlanta, GA 30303
>*Attorney for Plaintiff*

Respectfully Submitted this 27th day of February, 2023.

                                              **PARIAN LAWYERS**

| **Parian Lawyers** | */s/Ryan Farmer* |
|---|---|
| Mailing Address: | Ryan Farmer |
| P.O. Box 979 | Georgia Bar No. 474673 |
| Carrollton, Georgia  30112 | *Attorney for Defendants* |
| Physical Address: | |
| 1606 Maple Street | |
| Carrollton, Georgia  30117 | |
| Telephone: (404) 795-5035 | |
| Facsimile: (404) 953-7020 | |
| ryan@callcadenow.com | |