UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor | ) ) ) ) | CIVIL FILE NO. 3:21-cv-00220-TCB |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| 811 AUTOWORKS, LLC D/B/A A OK WALKER AUTOWORKS and MILES WALKER, an individual, | ) ) ) ) | |
| Defendant. | ) | |

## **MOTION FOR RECONSIDERATION**

COMES NOW, Defendants, via MILES WALKER, and RYAN FARMER, Attorney for Defendant, and pursuant to Fed. R. Civ. P. 60(b), files this Motion for Reconsideration showing this Court as follows:

BACKGROUND

On or about May 16, 2023, this Court entered an Order granting in part and denying in part the Plaintiff's Motion for Sanctions filed on April 16, 2023. This case is before the Court on allegations that the Defendant(s) failed to properly pay overtime wages as required by law.

After being retained in December 2022, counsel for Defendant has sought to act in good faith and provide the requested documents various unrelated hurdles that

have presented themselves throughout this matter. Just prior to the April 16, 2023, Motion filed by Plaintiff, Defendant(s)'s provided additional relevant documentation to the Plaintiff. After the disclosure of such documents, Defendant(s)'s counsel was notified that many of the documents provided had been previously disclosed.

During the pendency of Plaintiff's Motion, settlement discussions between the parties were had and, while not yet agreed upon in full as of the filing of this Motion, provide a hopeful foundation for the resolution of this matter. Further, counsel for Defendant(s) notified Plaintiff of additional documentation concerning payroll records that they will produce but reiterated that they would need time to properly prepare and format the records for disclosure – said process is still ongoing and the records will be supplemented to the Plaintiff before May 31, 2023.

## DISCUSSION

Pursuant to Rule 60(b), "on motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:

(1) mistake, inadvertence, surprise, or excusable neglect;"

Fed. R. Civ. P. 60(b)(1). This rule gives the Court in the present case the ability to relieve Defendant(s) of the sanctions.

Following the relevant Motion filed by the Plaintiff on April 16, 2023, settlement conversations were had between the parties, and Defendant(s)'s counsel has made and continues to make a good faith effort in providing the requested documents. Consequently, Counsel believed the parties would be able to settle the matter prior to any Order for sanctions being entered by this Court. *See* Exhibit "A" attached herewith.

## CONCLUSION

Given the Court's broad discretion in granting a motion for reconsideration, Defendant(s) request that this Court grant the motion based on their mistaken belief that a settlement would be reached prior to the entry of an order for sanctions and, due to that mistaken belief, for their inadvertence in failing to timely file response to the Plaintiff's motion for sanctions. Defendant will be harmed by being forced to pay an award of attorney's fees and will be unfairly prejudiced if precluded from presenting conflicting evidence that may be produced in the documents Defendant(s) are currently working to provide to the Plaintiff and will provide before May 31.

Respectfully Submitted this 18th day of May, 2023.

                                                                   **PARIAN LAWYERS**

**Parian Lawyers**                                          */s/Ryan Farmer*

<u>Mailing Address:</u>                             Ryan Farmer

P.O. Box 979                                         Georgia Bar No. 474673

Carrollton, Georgia 30112            *Attorney for Defendants*

<u>Physical Address:</u>

1606 Maple Street

Carrollton, Georgia 30117

Telephone: (404) 795-5035

Facsimile: (404) 953-7020

ryan@callcadenow.com

# CERTIFICATE OF SERVICE

I hereby certify that on 18th day of May, 2023, I served all parties with a copy of the within and foregoing pursuant to LR 5.1(B)(2) by "[f]iling in the Court's electronic case files ("ECF") system [which] constitutes service of the filed documents on registered users."

>Kristin R. Murphy
>Murphy.kristin.r@dol.gov
>Lydia Jones Chastain
>chastain.lydia.j@dol.gov
>Atl.fedcourt@dol.gov
>U.S. Department of Labor
>Office of the Solicitor
>61 Forsyth Street, SW
>Room 7T10
>Atlanta, GA 30303
>*Attorney for Plaintiff*

Submitted this 18th day of May, 2023.

|  | PARIAN LAWYERS |
|---|---|
| **Parian Lawyers** <br> Mailing Address: <br> P.O. Box 979 <br> Carrollton, Georgia 30112 <br> Physical Address: <br> 1606 Maple Street <br> Carrollton, Georgia 30117 <br> Telephone: (404) 795-5035 <br> Facsimile: (404) 953-7020 <br> ryan@callcadenow.com | */s/Ryan Farmer* <br> Ryan Farmer <br> Georgia Bar No. 474673 <br> *Attorney for Defendants* |