UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor | ) ) ) ) | CIVIL FILE NO. 3:21-cv-00220-TCB |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| 811 AUTOWORKS, LLC D/B/A A OK WALKER AUTOWORKS and MILES WALKER, an individual, | ) ) ) ) | |
| Defendant. | ) ) | |

## CONSENT MOTION TO WITHDRAW

COMES NOW, RYAN FARMER, Attorney for Defendants, and pursuant to Local Rule 83.1(e)(3) and files this *Consent Motion for Withdraw* showing this Court as follows:

1. The Defendants consent to counsel's withdraw from this matter;

2. The Defendants have signed a Certificate of Consent which is being filed simultaneously herewith and attached to this pleading;

3. As shown on the Certificate of Consent, the client has been advised of the items set forth in LR 83.1(E)(2)(b)(B) through (H);

4. A pre-trial order has not been submitted to this Court; and

5. The parties have reached an agreement to resolve this matter.

Respectfully Submitted this 8th day of June, 2023.

**PARIAN LAWYERS**

**Parian Lawyers**                         /s/Ryan Farmer
<u>Mailing Address:</u>                    Ryan Farmer
P.O. Box 979                               Georgia Bar No. 474673
Carrollton, Georgia  30112                 *Attorney for Defendants*
<u>Physical Address:</u>
1606 Maple Street
Carrollton, Georgia  30117
Telephone: (404) 795-5035
Facsimile: (404) 953-7020
ryan@callcadenow.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on 8th day of June, 2023, I served all parties with a copy of the within and foregoing pursuant to LR 5.1(B)(2) by "[f]iling in the Court's electronic case files ("ECF") system [which] constitutes service of the filed documents on registered users."

Kristin R. Murphy
Murphy.kristin.r@dol.gov
Lydia Jones Chastain
chastain.lydia.j@dol.gov
Atl.fedcourt@dol.gov
U.S. Department of Labor
Office of the Solicitor
61 Forsyth Street, SW
Room 7T10
Atlanta, GA 30303
*Attorney for Plaintiff*

Submitted this 8th day of June, 2023.

**PARIAN LAWYERS**

**Parian Lawyers**
<u>Mailing Address:</u>
P.O. Box 979
Carrollton, Georgia  30112
<u>Physical Address:</u>
1606 Maple Street
Carrollton, Georgia  30117
Telephone: (404) 795-5035
Facsimile: (404) 953-7020
ryan@callcadenow.com

*/s/Ryan Farmer*
Ryan Farmer
Georgia Bar No. 474673
*Attorney for Defendants*