UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| MARTIN J. WALSH,<br>          Plaintiff,<br><br>vs.<br><br>811 AUTOWORKS, LLC AND MILES WALKER,<br>          Defendants. | CIVIL ACTION FILE<br><br>NO. 3:21-cv-0220-TCB |

## ATTORNEY FEE JUDGMENT

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, and having imposed sanctions in the May 15, 2023 Order, it is

**Ordered and adjudged** that plaintiff recover from defendant $4,800 as reasonable attorney's fees.

Dated at Newnan, Georgia this 13th day of June, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By: s/ D. Barfield
    Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
June 13, 2023
Kevin P. Weimer
Clerk of Court

By: s/ D. Barfield
       Deputy Clerk